FILED
2007 Feb-08 PM 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | **Case Number: CR 05-S-265-M** |
| ) | |
| **JOSEPH ALAN KELLY.** ) | |

### ORDER

This case is before the court on defendant's Amended Motion to Suppress (doc. no. 38). Magistrate Judge T. Michael Putnam conducted an evidentiary hearing on November 2, 2006, and filed his report and recommendation on November 15, 2006 (doc. no. 41). No objections have been filed.

Upon careful consideration of the record in this case, the court ADOPTS the findings of the magistrate judge, and ACCEPTS his recommendation. Accordingly, defendant's Amended Motion to Suppress (doc. no. 38) is DENIED.

DONE this 8th day of February, 2007.

_____
United States District Judge